## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SHAKIA M LINGARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:22-cv-00521-AGF |
| GEICO CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case was recently reassigned to the undersigned and is currently set for a Rule 16 scheduling conference on June 22, 2022 at 10:00 AM in chambers. Due to a scheduling conflict, the Court will reschedule the conference and relocate it to Zoom.

**IT IS HEREBY ORDERED** that the Rule 16 Conference will be held on **June 22, 2022** at **1:00 PM** **by** **Zoom**. The conference will not be on the record. Participants are directed to use the following Zoom log in information: Meeting ID: 161 444 0464; Password: 973200. All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any

courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2022.